AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Patrick Randell McIntosh,<br>*Petitioner*<br>v.<br>President Trident Technical College,<br>*Respondent* | Civil Action No.   9:23-cv-03970-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  Petitioner, Patrick McIntosh, shall take nothing of Respondent, as to the petition filed pursuant to 28 U.S.C. § 2241 and this petition is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date:   January 19, 2024                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                          *s/H.Cornwell*
                                                          *Signature of Clerk or Deputy Clerk*